MEMORANDUM ENDORSEMENT

<u>Carzoglio v. Paul et al.</u>, 17 cv 3651 (NSR)

The Court is in possession of the attached letter motion from Defendants, dated July 3, 2020 (ECF No. 46), requesting an adjournment of the July 10, 2020 Case Management Conference due to Defendants' counsel leaving the N.Y.S. Attorney General's Office. The Court grants the request insofar as the July 10, 2020 Case Management Conference is adjourned *sine die*.

To the extent new counsel intends to file a motion for summary judgment, the Court waives the pre-motion conference requirement and grants Defendants leave to file their motion with the following briefing schedule: Defendants' moving papers shall be served **not filed** September 11, 2020; Plaintiff's opposition papers shall be served **not filed** October 26, 2020; and Defendants' reply papers shall be served November 10, 2020. **Defendants' counsel is directed to file all motion documents, including Plaintiff's opposition, on the reply date, November 10, 2020.**

The parties shall provide 2 copies of their respective motion documents to Chambers on the dates the documents are served upon their adversary, unless the Court's Emergency Rules are still in place. Defendants are directed to mail a copy of this memorandum endorsement to pro se Plaintiff and file proof of service on the docket. The Clerk of the Court is respectfully requested to terminate the motion (ECF No. 46).

If Defendants choose not to file a motion for summary judgment, counsel shall notify Plaintiff and the Court in writing on or before September 11, 2020 and request the Court schedule a conference.

Dated: July 7, 2020
       White Plains, NY

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2020



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMESDIVISION OF STATE COUNSEL
ATTORNEY GENERALLITIGATION BUREAU

Writer Direct:  (212) 416-8538

July 3, 2020

**Via ECF Filing**
Hon. Nelson S. Román
United States District Judge
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:*Carzoglio v. Paul, et al.*
17-CV-3651 (NSR)(PED)

Dear Judge Román:

This Office represents Defendants Vincent Paul, Deirdre Carroll, and John Rhodes in the above-referenced action.  A case management conference is presently scheduled before the Court on July 10, 2020 (Dkt. No. 33).  I write to respectfully request that this conference be adjourned to August 13 or August 14, 2020 or to another date in mid-August that is convenient for the Court.  I will be leaving my position with the New York State Office of the Attorney General as of July 8, 2020.  At that time, a different Assistant Attorney General will be assigned to this case.  The requested adjournment is necessary to allow sufficient time for the new AAG to become familiar with this case prior to appearing for the conference.  This is Defendants' first request for adjournment of this case management conference.

Thank you for your courtesy and attention to this matter.

*Pursuant to 28 U.S.C. § 1746 I declare that, on this date, I caused the plaintiff to be served with a copy of this letter by First Class United States Mail at the addresses listed below.*

Respectfully submitted,

s/ *David A. Rosenberg*
David A. Rosenberg
Assistant Attorney General
David.Rosenberg@ag.ny.gov

cc:Angelo Carzoglio
18-A-0399
Attica Correctional Facility
639 Exchange St., Box 149
Attica, NY 14011-0149