**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
ANGELO CARZOGLIO,

                Plaintiff,            17 **CIVIL** 3651 (NSR)

    -against-                    **JUDGMENT**

VINCENT PAUL, et al.,

                Defendants.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2024, Defendants' Motion for summary judgment is GRANTED and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           February 26, 2024

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

BY:
                                                          **Deputy Clerk**